AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

**FILED**
**APR 17 2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Recalled by attorney_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-11-24
          Date          *Signature of Server*

Rutherford Co. Sheriff's Dept.
940 New Salem Hwy.
Murfreesboro, TN 37129

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
2024 APR 16 A 9:38
U.S. ...
USA... ...
CHICAGO, ILLINOIS

AO 440 (Rev. 05/00) Summons in a Civil Action

4-54c 1566

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Arete Wealth, Inc.

V.

Jack R. Thacker

CASE NUMBER: 24-cv-2191

ASSIGNED JUDGE: Judge Sharon Johnson Coleman

DESIGNATED MAGISTRATE JUDGE: Judge Jeffrey Cole

TO: (Name and address of Defendant)

Jack R. Thacker
4332 Pretoria Run
Murfreesboro, TN 37128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Prendergast
Croke, Fairchild, Duarte & Beres
191 N. Wacker Dr., 31st Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

24-006040

THOMAS G. BRUTON, CLERK

*Jamie Sicha* (signature)

(By) DEPUTY CLERK

April 1, 2024

DATE

Rutherford Co. Sheriff's Dept.
940 New Salem Hwy.
Murfreesboro, TN 37129

MR

US District Court
29 S. Dearborn St
Chicago IL 60604

PRIORITY MAIL
US POSTAGE $012.50
ZIP 37129
0001290-38
APR 11 2024