IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARETE WEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK R. THACKER, <br><br> Defendant. | Case No. 24-CV-2191 |

## MOTION TO DISMISS

Defendant Jack R. Thacker moves this Court to dismiss Plaintiff Arete Wealth, Inc.'s Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) for failing to state a claim upon which relief can be granted and failing to plead the circumstances constituting fraud with particularity. Thacker's Memorandum in Support of his Motion to Dismiss is being filed contemporaneously herewith.

Dated: June 10, 2024

*/s/ Joel M. Hammerman*
Joel M. Hammerman (ARDC No. 6243071)
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1000
Email: joel.hammerman@faegredrinker.com

-1-