IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARETE WEALTH, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>JACK R. THACKER,<br><br>      Defendant. | Case No. 24-CV-2191 |

**UNOPPOSED MOTION FOR APPROVAL TO FILE A BRIEF OF TWENTY PAGES OR FEWER AS PART OF DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT, THUS EXCEEDING THE PAGE LIMIT OUTLINED IN LOCAL RULE 7.1**

NOW COMES before this Honorable Court, Defendant Jack R. Thacker ("Thacker"), by his attorney, Ever M. Hess, moving unopposed for approval to file a brief as part of his response to Plaintiff Arete Wealth, Inc.'s ("Arete") Amended Complaint (ECF No. 17) that exceeds the page limit outlined in Local Rule 7.1. In support, Defendant states as follows:

1. Arete filed an Amended Complaint in this action on July 1, 2024.

2. Pursuant to this Court's grant of Thacker's unopposed motion for extension of time, Thacker's deadline to respond to the Amended Complaint is July 31, 2024. ECF. No. 21.

3. Local Rule 7.1 provides that "[n]either a motion nor brief in support of" the motion "shall exceed 15 pages without prior approval of the court."

4. Thacker seeks to file a brief as part of his response to Arete's Amended Complaint that will be 20 pages or fewer.

5. Accordingly, Thacker respectfully asks this court for approval to file a brief as part of his response to Arete's Amended Complaint that will be 20 pages or fewer.

6. Arete's counsel, Brian C. Prendergast, does not oppose this Motion.

WHEREFORE, Defendant Thacker respectfully requests this Honorable Court grant his Unopposed Motion For Approval To File A Brief Of Twenty Pages Or Fewer As Part Of Defendant's Response To Plaintiff's Amended Complaint, Thus Exceeding The Page Limit Outlined In Local Rule 7.1.

Respectfully submitted,

*/s/ Ever M. Hess*
Ever M. Hess (admitted *pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
Email: ever.hess@faegredrinker.com