IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARETE WEALTH, INC.,

        Plaintiff,

    v.

JACK R. THACKER,

        Defendant.

Case No. 24-CV-2191

## UNOPPOSED MOTION TO FILE AN EXTENDED MEMORANDUM IN SUPPORT OF A MOTION TO DISMISS THE PLAINTIFF'S AMENDED COMPLAINT

Defendant Jack R. Thacker, by his attorney, Ever M. Hess, respectfully moves this Court for approval to file a Memorandum in Support of a Motion to Dismiss Plaintiff Arete Wealth, Inc.'s Amended Complaint that exceeds the page limit outlined in Local Rule 7.1. In support, Thacker states as follows:

1.     Arete filed an Amended Complaint in this action on July 1, 2024. ECF 17.

2.     Thacker's deadline to respond to the Amended Complaint is July 31, 2024. ECF 21.

3.     Local Rule 7.1 provides that "[n]either a motion nor brief in support of" a motion "shall exceed 15 pages without prior approval of the court."

4.     Thacker filed a Notice of Motion, Motion to Dismiss, and accompanying Memorandum in response to Arete's original Complaint. The original Memorandum in support of the Motion to Dismiss the Complaint was 15 pages.

5.     Thacker seeks to file a brief in response to Arete's Amended Complaint that will be *17 pages or fewer*. An extended memorandum is necessary because the controversy between the parties centers on a lengthy Stock Purchase Agreement, and the terms, rights, and remedies

under that agreement. Arete's Amended Complaint contains 87 numbered paragraphs, spans 20 pages and alleges 3 separate causes of action. The Amended Complaint also attaches and incorporates the 67-page Stock Purchase Agreement.

6.      Arete's amended pleading contains multiple new allegations in addition to those previously alleged. While Thacker's memorandum will be concise, he may not be able to address all of the Amended Complaint's factual and legal allegations in just fifteen pages.

7.      Accordingly, Thacker respectfully asks this court for approval to file a memorandum in support of his anticipated motion to dismiss that will be no more than 17 pages.

8.      Arete's counsel, Brian C. Prendergast, does not oppose this Motion.

WHEREFORE, Defendant Thacker respectfully moves the Court for authorization to file a Memorandum in Support of his Motion to Dismiss Plaintiff Arete Wealth, Inc.'s Amended Complaint that exceeds the page limit outlined in Local Rule 7.1

Respectfully submitted,

*/s/ Ever M. Hess*
Ever M. Hess (admitted *pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
Email: ever.hess@faegredrinker.com