## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Arete Wealth Inc.
                      Plaintiff,

v.                                                  Case No.: 1:24−cv−02191
                                                        Honorable Jeffrey Cole

Jack R. Thacker
                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable Jeffrey Cole: The defendant has filed a second motion regarding his answer to the plaintiff's complaint. His previous motion asked that he be given leave to file "a brief as part of his response to Arete's Amended Complaint that will be 20 pages or fewer." [Dkt. #22, Par. 5]. As Fed.R.Civ.P. 8 does not allow for any such thing as part of answers to complaints, and defendant cited no authority in support of such a request, his previous motion was denied. His second motion now makes clear that his intent actually was to file a motion to dismiss the amended complaint, supported by a 17−page memorandum of law. [Dkt. #25, par. 7]. As such, the defendant's corrected motion [Dkt. #[25]] is granted. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.