**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ARETE WEALTH, INC., | |
| Plaintiff, | Case No. 24-CV-2191 |
| v. | |
| JACK R. THACKER, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

1.    Further to the Court's February 11, 2025, denying Defendant's Motion to Dismiss the Amended Compliant without prejudice [ECF No. 42], on February 13, 2025, the Court convened a status hearing and directed Defendant to confer with Plaintiff on or before February 20, 2025 and, unless otherwise agreed, to file any further motion to dismiss the Amended Complaint on or before February 27, 2025. ([EDF No. 43].

2.    Defendant and Plaintiff conferred on February 18, 2025, during which time Defendant requested and Plaintiff agreed to extend the time for Defendant to file its Motion to Dismiss by an additional two weeks, up through and including March 13, 2025, with other dates for response and reply to be agreed upon thereafter.

3.    Given the agreement of the parties, and that Defendant does not make this request for any improper purpose, there is good cause to grant the present request in this case.

4.    Neither party will be prejudiced by the relief requested.

5.      Accordingly, Defendant respectfully requests that that Court grant this Unopposed Motion to Extend Time to File his Motion to Dismiss the Amended Complaint up through and including March 13, 2025.

Respectfully submitted this 24tht day of February, 2025.

                                        */s/ David W. Porteous*
                                        David W. Porteous (IL No. 6257459
                                        Joel M. Hammerman (ARDC No. 6243071)
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        320 South Canal Street, Suite 3300
                                        Chicago, IL 60606
                                        Tel: (312) 569-1000
                                        Email: david.porteous@faegredrinker.com
                                               joel.hammerman@faegredrinker.com

                                        *Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 24, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO MOTION TO DISMISS** was e-filed with the Court through the CM/ECF system, and a copy was e-served through CM/ECF to parties of record.

*s/ Susan M. Haag*
Susan M. Haag
Sr. Paralegal