**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARETE WEALTH, INC., | |
| Plaintiff, | Case No. 24-CV-2191 |
| v. | |
| JACK R. THACKER, | |
| Defendant. | |

**NOTICE OF SUGGESTION BANKRUPTCY FILING**
**AUTOMATIC STAY CHAPTER 11**

PLEASE TAKE NOTICE that, on March 6, 2025, Jack R. Thacker ("Thacker"), defendant in the above-captioned case, filed a voluntary petition (the "Petition") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") (an extract of which filing is attached hereto at Exhibit A). The case is pending before the Bankruptcy Court as Case No. 2:25-bk-50237.

PLEASE TAKE FURTHER NOTICE that Thacker hereby gives notice to this Court and to all parties in this action that, pursuant to Section 362 of the Bankruptcy Code, the commencement or continuation of a judicial, administrative, or other action or proceeding is stayed upon filing of the Petition for relief under the Bankruptcy Code. 11 U.S.C. § 362.

Dated: March 6, 2025

        */s/ David W. Porteous*
David W. Porteous (IL No. 6257459
Joel M. Hammerman (ARDC No. 6243071)
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1000
Email: david.porteous@faegredrinker.com
       joel.hammerman@faegredrinker.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, a true and correct copy of the foregoing **NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** was e-filed with the Court through the CM/ECF system, and a copy was e-served through CM/ECF to parties of record.

       *s/ Susan M. Haag*
Susan M. Haag
Sr. Paralegal

DMS_US.369622664.1