**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Arete Wealth Inc.
                    Plaintiff,

v.                                              Case No.: 1:24–cv–02191
                                                Honorable Jeffrey Cole

Jack R. Thacker
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2025:

      MINUTE entry before the Honorable Jeffrey Cole: The defendant has filed a Notice Of Suggestion Bankruptcy Filing Automatic Stay Chapter 11 *see* Dkt # [50]. In light of the pendency of bankruptcy proceedings, the status set for 4/23/25 and the briefing schedule to file a second Motion To Dismiss are stricken and the case is stayed until there has been a resolution of the bankruptcy proceedings. Counsel shall file a status report once the bankruptcy proceedings are completed. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.