**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARETE WEALTH, INC., | |
| Plaintiff, | |
| v. | Case No. 24-CV-2191 |
| JACK R. THACKER., | |
| Defendant. | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ATTORNEYS

Pursuant to Local Rule 83.17, David W. Porteous, Joel M. Hammerman, and Ever M. Hess hereby request leave to withdraw their appearances as counsel for Defendant, and as grounds state as follows:

1. Attorneys David Porteous, Joel M. Hammerman, and Ever M. Hess entered their appearances on behalf of the Defendant.

2. The Defendant filed a Chapter 11 on March 6, 2025, in which Defendant's counsel are listed as a creditor.

3. This action is currently stayed due to Defendant's filing of a Chapter 11 Bankruptcy.

4. The withdrawal of the Attorneys' appearances is not interposed for purposes of harassment or delay, and no party will be prejudiced by the Court's granting of this motion.

5. The Defendant is aware of the Request for Leave to File Motion to Withdrawal as Attorneys.

6. Plaintiff's counsel does not oppose this Motion.

WHEREFORE, David W. Porteous, Joel M. Hammerman, and Ever M. Hess, move this Honorable Court for an Order granting their leave to withdraw their appearances as counsel for Defendant and instructing the Clerk of Court to remove them from the electronic service list.

Dated: July 17, 2025

        Respectfully submitted,

        By: /s/ *David W. Porteous*
        David W. Porteous (ARDC # 6257459)
        Joel M. Hammerman (ARDC # 6243071)
        Ever M. Hess (*admitted pro hac vice*)
        Faegre Drinker Biddle & Reath LLP
        320 South Canal Street, Suite 3300
        Chicago, Illinois 60606
        (312) 569-1000
        (312) 569-3000 (Fax)
        david.porteous@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ATTORNEYS** was e-filed with the Court through the CM/ECF system, and a copy was e-served through CM/ECF to parties of record.

        *s/ Sandy Ellingson*
        Sandy Ellingson
        Legal Administrative Assistant