# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARETE WEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK R. THACKER., <br><br> Defendant. | Case No. 24-CV-2191 |

## MOTION FOR CONTINUANCE OF JULY 29, 2025 STATUS HEARING

Jack R. Thacker, ("Defendant") hereby requests this court for a continuance of the status conference current scheduled on July 29, 2025 at 11:00 am, stating as follows:

1. The Defendant currently has a hearing set on July 29, 2025 at 11:00 am in the United States Bankruptcy Court for the Eastern District of Tennessee.

2. The Defendant requests a continuance to July 31, 2025 at 11:00, which has been confirmed as an available date for the status hearing.

3. The Defendant has notified Plaintiff's counsel of the continuance.

WHEREFORE, the Defendant moves this Honorable Court for an Order granting the Motion for Continuance of Status Hearing.

Dated: July 24, 2025

Respectfully submitted,

By: /s/ *David W. Porteous*
David W. Porteous (ARDC # 6257459)
Joel M. Hammerman (ARDC # 6243071)
Ever M. Hess (*admitted pro hac vice*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
(312) 569-1000
(312) 569-3000 (Fax)
david.porteous@faegredrinker.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 24, 2025, a true and correct copy of the foregoing **MOTION FOR CONTINUANCE OF JULY 29, 2025 STATUS HEARING** was e-filed with the Court through the CM/ECF system, and a copy was e-served through CM/ECF to parties of record.

                                                *s/ Sandy Ellingson*
                                                Sandy Ellingson
                                                Legal Administrative Assistant