IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARETE WEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK R. THACKER, <br><br> Defendant. | Case No. 24-CV-2191 |

### DEFENDANT'S AMENDED STATUS REPORT

On March 6, 2025, Defendant JR Thacker filed a Notice of Suggestion Bankruptcy Filing Automatic Stay Chapter 11 [ECF 50] in this proceeding, thereby establishing the automatic stay under US Bankruptcy Code applied to this proceeding.

On June 6, 2025, counsel for the parties filed a Joint Status Report [ECF 54] informing the court of the status of the bankruptcy case, including a copy of the Schedules and the Chapter 11 Plan. As of the filing of the amended status report, Mr. Thacker's Chapter 11 Plan has been confirmed pursuant to an Order entered on July 29, 2025 (a copy of which is attached). The deadline for objection to discharge was July 29, 2025. No Objections were filed. An order discharging Mr. Thacker's dischargeable debt should be entered this week.

The Bankruptcy Proceeding remains ongoing and the automatic stay remains in effect.

Dated: July 30, 2025

*/s/ David W. Porteous*
David W. Porteous (IL No. 6257459
Joel M. Hammerman (ARDC No. 6243071)
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1000
Email: david.porteous@faegredrinker.com
    joel.hammerman@faegredrinker.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a true and correct copy of the foregoing **DEFENDANTS' AMENDED STATUS REPORT** was e-filed with the Court through the CM/ECF system, and a copy was e-served through CM/ECF to parties of record.

*s/ Sandy Ellingson*
Sandy Ellingson
Legal Administrative Assistant